UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAUL PENA,

                Plaintiff,

    - against -

LEE TRANZ LLC a/k/a LEE TRANSIT LLC, ET AL.,

                Defendants.

25-cv-3444 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On April 25, 2025, the defendant Lee Tranz LLC a/k/a Lee Transit LLC ("Lee Tranz") filed a notice of removal. ECF No. 1. Lee Tranz alleges that this Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are diverse. Id.

    "When a plaintiff commences a lawsuit in a state court, in appropriate cases a defendant may file a notice of removal to remove the case to federal district court." Abbo-Bradley v. City of Niagara Falls, 73 F.4th 143, 146 (2d Cir. 2023). "If the defendant does so, the notice must contain 'a short and plain statement of the grounds for removal.'" Id. (quoting 28 U.S.C. § 1446(a)). The defendant has "the burden of establishing that removal is proper." United Food & Com. Workers Union, Loc. 919, AFL-CIO v. CenterMark Props. Meriden Square, Inc., 30 F.3d 298, 301 (2d Cir. 1994).

The notice of removal alleges that Lee Tranz "is an inactive corporation existing under the laws of the State of North Carolina, with a former principal place of business in North Carolina." ECF No. 1 at 3. However, for purposes of diversity jurisdiction under 28 U.S.C. § 1332, a limited liability company "takes the citizenship of each of its members." Bayerische Landesbank v. Aladdin Cap. Mgmt. LLC, 692 F.3d 42, 49 (2d Cir. 2012).

Accordingly, Lee Tranz is directed to identify the citizenship of Lee Tranz, including the citizenship of each of the members of the LLC, including, if any member is an LLC, the citizenship of each member of that LLC, and, if the member is a corporation, the state of incorporation and principle place of business of each such corporation.

The information should be provided to the Court by **May 5, 2025**.

SO ORDERED.

Dated:   New York, New York
         April 28, 2025

_____
John G. Koeltl
**United States District Judge**